IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-417-5 |
| | : | |
| KELVIN JIMENEZ | : | |

**<u>ORDER</u>**

AND NOW, this 18th day of December, 2024, upon consideration of Defendant Kelvin Jimenez's Motion to Join Co-Defendant's Motion (Defendant Hassan Elliott's Motion to Dismiss, ECF No. 179) it is hereby ORDERED the Motion (ECF No. 188) is GRANTED. Where applicable, Defendant Kelvin Jimenez shall be afforded the same relief granted to his co-defendants.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.