IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-417-5 |
| | : | |
| KELVIN JIMENEZ | : | |

**ORDER**

AND NOW, this 10th day of February, 2025, upon consideration of Defendant Kelvin Jimenez's Motion to Join in Defendant parker's Second Motion for Joinder *Videos and Music* (seeking to join ECF No. 216, Defendant Hassan Elliott's Motion in Limine to Exclude Rap Music, Videos, and Associated Content) it is hereby ORDERED the Motion (ECF No. 247) is GRANTED. Where applicable, Defendant Dominique Parker shall be afforded the same relief granted to his co-defendant.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.