IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-417 |
| | : | |
| KELVIN JIMENEZ, DOMINIQUE PARKER | : : | |

**ORDER**

AND NOW, this 29th day of December, 2025, upon consideration of Defendant Dominque Parker's Motion for Judgment of Acquittal and Request for New Trial (Dkt. No. 370), Defendant Kelvin Jimenz's Motion for a Judgement of Acquittal and Request for a New Trial and to join Parker's motion (Dkt. No. 375), Parker's Motion to Join Co-Defendant's Motion (Dkt. No. 378), the Government's opposition thereto, and the parties' supplemental briefing on the motion, and following a December 16, 2025 oral argument, it is ORDERED as follows:

1. Jimenez's motion (Dkt. No. 375) is GRANTED IN PART only to the extent that the Jimenez joins Parker's Motion;

2. Parker's Motion to Join Co-Defendant (Dkt. No. 378) is GRANTED to the extent that Parker shall be afforded the same relief granted to Jimenez where applicable;

3. Parker and Jimenez's joined motions for judgment of acquittal and for new trial (Dkt. Nos. 370, 378) are DENIED. [1]

BY THE COURT:

/s/Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Pursuant to Third Circuit Local Appellate Rule 3.1, the Court intends to supplement this Order with a written amplification for its rulings in the event of an appeal.